AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Allied World Surplus Lines Insurance Company f/k/a Darwin Select Insurance Company,

CASE NUMBER: 1:17-cv-02480

V.

ASSIGNED JUDGE: Honorable Gary Feinerman

Health Care Service Corporation, d/b/a Blue Cross Blue Shield of Illinois, Blue Cross Blue Shield of New Mexico, Blue Cross Blue Shield of Oklahoma, and Blue Cross Blue Shield of Texas,

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Health Care Service Corporation
Blair Todt
Senior Vice President and Chief Legal Officer
300 E. Randolph, 15th Floor
Chicago, Illinois 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel P. Johnston
Clausen Miller P.C.
10 South LaSalle St.
Chicago, IL 60603
(ARDC # 6243197)

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_/s/_ 

(By) DEPUTY CLERK



March 31, 2017

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3·31·17 |
| NAME OF SERVER (PRINT) Thomas J. McCabe | TITLE Law Clerk |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Healthcare Service Corp.
Samuel Sams (Authorized person) 300 E. Randolph CH60 IL 60601

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3·31·17
Date

Signature of Server

Clausen Miller P.C.
10 S. LaSalle St. CH60 IL 60603
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.