UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>HEALTH CARE SERVICE CORPORATION, d/b/a BLUE CROSS BLUE SHIELD OF ILLINOIS, BLUE CROSS BLUE SHIELD OF NEW MEXICO, BLUE CROSS BLUE SHIELD OF OKLAHOMA, AND BLUE CROSS BLUE SHIELD OF TEXAS,<br><br>        Defendants. | No. 1:17-CV-02480 |

## HEALTH CARE SERVICE CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Health Care Service Corporation states that it is an Illinois Mutual Legal Reserve Company, and it has no parent corporation and no publically held owners.

Dated: May 22, 2017

Respectfully submitted,

REED SMITH LLP

By:    */s/ David V. Goodsir*
*Counsel for Defendant/Counter Plaintiff Health Care Service Corporation, d/b/a Blue Cross Blue Shield of Illinois, Blue Cross Blue Shield of New Mexico, Blue Cross Blue Shield of Oklahoma, and Blue Cross Blue Shield of Texas*

Daniel J. Hofmeister, Jr.
David V. Goodsir
Mark S. Hersh

2

        10 South Wacker Drive, 40th Floor  
        Chicago, IL 60606-7507  
        Phone: (312) 207-1000  
        Facsimile: (312) 207-6400  
        dhofmeister@reedsmith.com  
        dgoodsir@reedsmith.com  
        mhersh@reedsmith.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Corporate Disclosure Statement was served via the Court's electronic filing system (CM/ECF) on May 22, 2017.

/s/ *David V. Goodsir*
*Counsel for Defendant/Counter Plaintiff Health Care Service Corporation, d/b/a Blue Cross Blue Shield of Illinois, Blue Cross Blue Shield of New Mexico, Blue Cross Blue Shield of Oklahoma, and Blue Cross Blue Shield of Texas*